AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Richard John Steinle | ) | Case No. 4:22 MJ 6169 |
| | ) | |
| *Defendant(s)* | ) | |

**FILED**
4:52 pm Aug 03 2022
Clerk U.S. District Court
Northern District of Ohio
Youngstown

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __July 27, 2022__ in the county of __Summit__ in the __Northern__ District of __Ohio__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1716j)(1) | Injurious Articles as Nonmailable |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

*Complainant's signature*

Daniel J. Senchesak, U.S. Postal Inspector, USPIS
*Printed name and title*

Sworn to via telephone after submission by reliable electronic means. Fed. R. Crim. P. 3, 4(d), and 4.1.

Date: August 3, 2022

*Judge's signature*

City and state:  Youngstown, Ohio

Carmen E. Henderson, U.S. Magistrate Judge
*Printed name and title*