AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| United States of America | ) |
|---|---|
| v. | ) |
| Richard John Steinle | ) Case No. 4:22 MJ 6169 |
| | ) |
| | ) |
| | ) |
| Defendant | ) |

**FILED**

AUG 11 2022

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
AKRON

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Richard John Steinle,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Richard John Steinle did from on or about August 2021 through on or about July 29, 2022, committed violations of Title 18, United States Code, Section 1716(j)(1), Injurious Articles as Nonmailable.

Date: August 3, 2022

*Carmen Henderson*
Issuing officer's signature

City and state: Youngstown, Ohio

Carmen E. Henderson, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 08/03/2022, and the person was arrested on *(date)* 08/05/2022
at *(city and state)* Mogadore, OH.

Date: 08/05/2022

*[signature]*
Arresting officer's signature

Daniel Senchesak, U.S. Postal Inspector
*Printed name and title*